IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

_____

Courtroom Deputy: Deborah Hansen      Date:  January 6, 2009
Court Reporter:     Kara Spitler         Probation: Keith Williams
                                          Interpreter: Ruth Warner

_____

Criminal Action No.  08-cr-00274-WDM         *Counsel:*

UNITED STATES OF AMERICA,            Wyatt Angelo

      Plaintiff,

v.

WILLIAMS URIAS-ALMEIDA              Kirkland Brush

      Defendant.

_____

## COURTROOM MINUTES
_____

**SENTENCING**

08:32 a.m.    Court in Session

Defendant is present and in custody

Interpreter sworn

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Statement by Mr. Brush

1

Statement by Mr. Angelo

Defendant entered his plea on August 22, 2008 to Count One of the Information.

**ORDERED:**  Defendant's plea of guilty to Count One of the Information is accepted.

**ORDERED:**  The Government's § 5K1.1 Motion to depart down to 16 months is GRANTED.

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 24 to 30 months | 16 months |
| **Supervised Release** | 3 to 5 years | 5 years |
| **Probation** | Precluded by Statute | None |
| **Fine** | $5,000 to $2,000,000 | None |
| **Special Assessment** | $100 | $100 |

**Restitution**
Not applicable

**Community Service**
Not recommended

**ORDERED:**  Defendant shall be **imprisoned** for 16 months, with credit for time served.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **five** years.

**ORDERED:**  **Conditions** of Supervised Release that:
(x)      Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
(x)      Defendant shall not commit another federal, state or local crime.
(x)      Defendant shall not illegally possess controlled substances.
(x)      Defendant shall not possess a firearm or destructive device.

(x)     Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.

(x)     Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

(x)     If not already done, defendant shall cooperate in the collection of a DNA sample.

(x)     If defendant is deported, he shall not reenter the United States illegally.  If he reenters the United States legally, he shall report to the nearest probation office within 72 hours of return.

**ORDERED:**  Defendant shall pay the special assessment fee of $100.00 which is due immediately.

**ORDERED:**  Defendant does not have the ability to pay a fine and the fine is waived.

**ORDERED:**  Defendant advised of right to appeal.

Defendant is remanded to the custody of the U.S. Marshal.

08:47 a.m.   Court in Recess
                Hearing concluded
                Time: /15